IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES R. SMITH, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | No. 3:13-cv-1354 |
| UNITED STATES OF AMERICA, | ) ) | Judge Trauger |
| Respondent. | ) | |

## ORDER

James R. Smith, a federal prisoner incarcerated at FCI Yazoo City Low, has filed a *pro se* motion under 28 U.S.C. § 2255, challenging a conviction and sentence issued by this court in December 2012.

The movant's motion to expand the record (ECF No. 22) is **GRANTED** and the court has considered the documents submitted by the movant with his reply brief in ruling on the motion.

Nonetheless, as explained in the accompanying Memorandum Opinion, the court finds that the movant is not entitled to relief. Accordingly, the motion (ECF No. 1) is hereby **DENIED** and this matter is **DISMISSED**.

Because the court finds that the issues raised in Mr. Smith's motion do not merit further attention, the court **DENIES** a COA. The movant may, however, seek a COA directly from the Sixth Circuit Court of Appeals.

It is so **ORDERED**.

This is a final order for purposes of Fed. R. Civ. P. 58.

_____
Aleta A. Trauger
United States District Judge